1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | Case No. CR 06-0159 MMC |
|---|---|---|
| v. | ) ) ) | [PROPOSED] ORDER FOR EXPEDITED SENTENCING PURSUANT TO L.R. 32-1(b) |
| SOLVAY S.A., | ) ) | |
| Defendant. | ) ) ) | DATE: April 19, 2006 TIME: 2:30 p.m. COURT: Hon. Maxine M. Chesney |

Based on the stipulation of the parties, and for good cause shown, the Court finds that it is able to exercise its sentencing authority in this case meaningfully without a presentence report. Accordingly, the Court GRANTS the parties' joint request for expedited sentencing, and ORDERS that defendant Solvay S.A. be sentenced on an expedited basis pursuant to Crim. L.R. 32-1(b), on April 19, 2006, without need for a presentence report.

IT IS SO ORDERED.

Date: April 7 , 2006

*[signature]*
United States District Judge