IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SOLVAY S.A.,<br><br>    Defendant.<br>_____/ | No. CR-06-0159 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STEVEN R. PEIKIN'S APPLICATION FOR ADMISSION PRO HAC VICE** |

    Before the Court is Steven R. Peikin's ("Peikin") application, filed April 12, 2006, for admission to appear pro hac vice in the instant action. Peikin has failed to comply with Civil Local Rule 11-3, however, because he has not designated as co-counsel an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California. See Civil L.R. 11-3(c). Accordingly, Peikin's application is hereby DENIED, without prejudice.

    **IT IS SO ORDERED.**

Dated: April 14, 2006

                                    MAXINE M. CHESNEY<br>
                                    United States District Judge