UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

                  Plaintiff(s),

v.

Solvay S.A.,

                  Defendant(s).

CASE NO. CR 06-0159

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven R. Peikin, an active member in good standing of the bar of New York (particular court to which applicant is admitted) whose business address and telephone number is Sullivan & Cromwell LLP   Tel. (212) 558-4000
125 Broad Street
New York, New York
10004-2498
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Solvay S.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 17, 2006

                                  Maxine M. Chesney
                                  United States District   Judge